UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| STEVE N. MURRAY A/K/A STEVE NATHAN MURRAY A/K/A STEVE MURRAY | CASE NO. 1-21-40002-jmm |
| | JUDGE: Jil Mazer-Marino |
| DEBTOR | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 1468 Jefferson Ave, Brooklyn, NY 11237, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: January 13, 2021

                                                Respectfully Submitted,

                                                /s/ Michael J. Chatwin
                                              Michael J. Chatwin
                                              LOGS Legal Group LLP
                                              Attorneys for Wells Fargo Bank, N.A.
                                              175 Mile Crossing Boulevard
                                              Rochester, New York 14624
                                              Telephone: (585) 247-9000
                                              Fax: (585) 247-7380

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 13, 2021, a copy of Notice of Appearance was deposited in an enclosed, properly addressed postage-paid envelope, and served by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Debtor
Steve N. Murray
1468 Jefferson Ave
Brooklyn, NY 11237

Attorney for Debtor
Clover M. Barrett, Clover M. Barrett, P.C.
cbarrettpc@aol.com

Trustee
Michael J. Macco
ecf@maccolaw.com


Dated: January 12, 2021                     /s/ Michael J. Chatwin
                                                                                       Michael J. Chatwin
                                                                                       LOGS Legal Group LLP
                                                                                       175 Mile Crossing Boulevard
                                                                                       Rochester, New York 14624
                                                                                       Telephone: (585) 247-9000
                                                                                       Fax: (585) 247-7380
                                                                                       Email: logsecf@logs.com

21-088931 - BK01