UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

STEVE N MURRAY
*aka Steve Nathan Murray aka Steve Murray*


                Debtor(s)
--------------------------------------------------------X
SIRS / MADAMS:

*Return Date:  March 11, 2021*
*Time:  10:00 a.m.*

Chapter 13
Case No.: 21-40002-206

**NOTICE OF MOTION**

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 11TH day of MARCH at 2021, at 10:00am, the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§ 521 & 1307(c), dismissing this case by reason of the debtor(s), failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  Islandia, New York
       February 17, 2021

                Yours, etc.

                MICHAEL J. MACCO
                Chapter 13 Trustee
                2950 Express Drive South, Suite 109
                Islandia, NY   11749
                (631) 549-7900


To:    *Office of the United States Trustee*
        *STEVE N MURRAY, Debtor(s)*
        *CLOVER M. BARRETT, ESQ., Attorney for Debtor(s)*
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X     **tmm1634**
In re:

                                                                                   Chapter 13
                                                                                    Case No.: 21-40002-206

STEVE N MURRAY
*aka Steve Nathan Murray aka Steve Murray*


                      Debtor(s)                               **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 4, 2021, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  In addition, as of this date the debtor(s) has failed to file and/or provide personal State and Federal Tax Returns for 2020; Written appraisal for property; lease agreement or an affidavit from your tenant stating the dollar rental amount totaling $3,566.97; Corporate State and Federal Tax Returns.

       3.  Furthermore, as of this date the debtor has failed to provide the Trustee with all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

       4.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

       **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
        February 17, 2021

                                                           */s/ Michael J. Macco*
                                                         Michael J. Macco, Chapter 13 Trustee
                                                          2950 Express Drive South, Suite 109
                                                          Islandia, NY   11749
                                                           (631) 549-7900

STATE OF NEW YORK            )
COUNTY OF SUFFOLK      )       ss.:

SHAMUS MROTZEK, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On February 17, 2021 deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Steve N Murray*
*1468 Jefferson Avenue*
*Brooklyn, NY 11237*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Clover M Barrett, Esq.*
*Clover Barrett & Associates, P.C.*
*Attorney for Debtor(s)*
*cbarrettpc@aol.com*

*WELLS FARGO BANK, N.A.*
*c/o Shapiro DiCaro & Barak LLC*
*mchatwin@logs.com*
*rgriswold@logs.com*

                                                */s/ Shamus Mrotzek*
                                                SHAMUS MROTZEK

Sworn to before me this
17th day of FEBRUARY, 2021

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021