*This Order relates to a hearing  
on April 29, 2021*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------X  
In re:                                                              **tmm1634**

STEVE N MURRAY                                      CHAPTER 13  
  *aka Steve Nathan Murray*  
  *aka Steve Murray*

                                     CASE NO. 21-40002-206

                      Debtor(s).               **ORDER**  
----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Jil Mazer-Marino on the 29th day of APRIL, 2021, and Michael J. Macco, Chapter 13 Trustee having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Brooklyn, New York  
May 2, 2021

                                                        **Jil Mazer-Marino**  
                                           **United States Bankruptcy Judge**