| Information to identify the case: | |
|---|---|
| Debtor 1: Steve N Murray<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6174<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 13  1/4/21 |
| Case number: 1–21–40002–jmm | |

# NOTICE OF DISMISSAL OF INVOLUNTARY CASE

**NOTICE IS HEREBY GIVEN THAT:**

By order of the Honorable Jil Mazer–Marino, United States Bankruptcy Judge, dated May 2, 2021, the involuntary petition filed against the above–named alleged debtor(s) on January 4, 2021, has been dismissed.

Dated: May 3, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLndi.jsp** [Notice of Dismissal, Involuntary Case rev. 02/01/17]