# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/3/2021 |
| Case: 1−21−40002−jmm | Form ID: 195 | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        WELLS FARGO BANK, N.A.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Clover M Barrett      cbarrettpc@aol.com
aty      Joseph Slaughter      slaughterj@ballardspahr.com
aty      Michael J Chatwin      mchatwin@logs.com
aty      Robert W. Griswold      rgriswold@logs.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Steve N Murray     1468 Jefferson Avenue     Brooklyn, NY 11237
tr        Michael J. Macco     2950 Express Drive South     Suite 109     Islandia, NY 11749
cr        RPAI Pelham Manor, L.L.C.     Ballard Spahr LLP     Joseph Slaughter     1675 Broadway     19th Floor     New York, NY 10019
aty      Michael J. Macco     2950 Express Drive South     Suite 109     Islandia, NY 11749
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
9924980     AJ PARTNERS LENDING LLC     307 East 91st Street, 1E     New York, NY 10128
9924981     BALLARD SPAHR LLP     1675 Broadway, Floor 19     New York, NY 10019
9924982     BARCLAYS     PO Box 13337     Philadelphia, PA 19101−3337
9924983     EMPIRE MERCHANTS. LLC     16 Bridgewater Street     Brooklyn, NY 11222
9933594     JPMorgan Chase Bank, N.A.     s/b/m/t Chase Bank USA, N.A.     c/o Robertson, Anschutz & Schneid, P.L.     6409 Congress Avenue, Suite 100     Boca Raton, FL 33487
9924984     KAZLOW & KAZLOW     237 West 35th Street     14th Floor     New York, NY 10001
9928079     LOGS Legal Group LLP     Attorneys for Wells Fargo Bank, N.A.     175 Mile Crossing Boulevard     Rochester, New York 14624
9944964     LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
9938849     MUNICIPAL CREDIT UNION     22 CORTLANDT ST 24 FL     NEW YORK, NY 10007−3153
9924985     MUNICIPAL CREDIT UNION     PO Box 3205     New York, NY 10007
9924986     NYS DEPARTMENT TAXATION     AND FINANCE − Civil     Enforcement−Region 4A     W A Harriman Campus     Albany, NY 12227−0001
9929621     New York State Department of Taxation & Finance     Bankruptcy Section     P O Box 5300     Albany New York 12205−0300
9924987     PAWNEE LEASING CORP     700 Centre Avenue     Fort Collins, CO 80526
9924988     PLATZER, SWERGOLD, LEVINE     GOLDBERG, KATZ & JASLOW     LLP     475 Park Ave South, 18th     New York, NY 10016
9939525     Pawnee Leasing Corporation     3801 Automation Way, Ste 207     Fort Collins, CO 80525
9944765     Portfolio Recovery Associates, LLC     c/o Barclays Bank Delaware     POB 41067     Norfolk VA 23541
9924989     RPAI PELHAM MANOR, LLC     2021 Spring Road     Suite 200     Oak Brook, IL 60523
9938562     RPAI Pelham Manor, L.L.C.     2021 Spring Road     Suite 200     Oak Brook, IL 60523
9938825     RPAI Pelham Manor, L.L.C.     c/o Ballard Spahr LLP     1675 Broadway, 19th floor     New York, NY 10019
9924990     SEARS CREDIT CARDS     PO Box 9001055     Louisville, KY 40290−1055
9924991     SOUTHERN GLAZER'S WINE &     SPIRITS OF NEW YORK LLC     313 Underhill Boulevard     Syosset, NY 11791
9924992     SYNCHRONY BANK     PO Box 960061     Orlando, FL 32896−0061
9924993     TIMEPAYMENT CORP     PO Box 3069     Burlington, MA 01803
9927089     Testv Creditor 2     34 56 First Street     Someplace, NY 11201
9924994     WELLS FARGO HOME MORTGAGE     PO Box 105647     Atlanta, GA 30348−5647
9928778     Wells Fargo Bank, N.A.     Default Document Processing     MAC# N9286−01Y     1000 Blue Gentian Road     Eagan MN 55121−7700

TOTAL: 31