# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/3/2021 |
| Case: 1−21−40002−jmm | Form ID: 227 | Total: 31 |

**Recipients of Notice of Electronic Filing:**
aty        Clover M Barrett        cbarrettpc@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Steve N Murray        1468 Jefferson Avenue        Brooklyn, NY 11237
tr         Michael J. Macco        2950 Express Drive South        Suite 109        Islandia, NY 11749
aty        Michael J. Macco        2950 Express Drive South        Suite 109        Islandia, NY 11749
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9924980    AJ PARTNERS LENDING LLC        307 East 91st Street, 1E        New York, NY 10128
9924981    BALLARD SPAHR LLP        1675 Broadway, Floor 19        New York, NY 10019
9924982    BARCLAYS        PO Box 13337        Philadelphia, PA 19101−3337
9924983    EMPIRE MERCHANTS. LLC        16 Bridgewater Street        Brooklyn, NY 11222
9933594    JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o Robertson, Anschutz & Schneid, P.L.        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
9924984    KAZLOW & KAZLOW        237 West 35th Street        14th Floor        New York, NY 10001
9928079    LOGS Legal Group LLP        Attorneys for Wells Fargo Bank, N.A.        175 Mile Crossing Boulevard        Rochester, New York 14624
9944964    LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
9938849    MUNICIPAL CREDIT UNION        22 CORTLANDT ST 24 FL        NEW YORK, NY 10007−3153
9924985    MUNICIPAL CREDIT UNION        PO Box 3205        New York, NY 10007
9924986    NYS DEPARTMENT TAXATION        AND FINANCE − Civil        Enforcement−Region 4A        W A Harriman Campus        Albany, NY 12227−0001
9929621    New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New York 12205−0300
9924987    PAWNEE LEASING CORP        700 Centre Avenue        Fort Collins, CO 80526
9924988    PLATZER, SWERGOLD, LEVINE        GOLDBERG, KATZ & JASLOW        LLP        475 Park Ave South, 18th        New York, NY 10016
9939525    Pawnee Leasing Corporation        3801 Automation Way, Ste 207        Fort Collins, CO 80525
9944765    Portfolio Recovery Associates, LLC        c/o Barclays Bank Delaware        POB 41067        Norfolk VA 23541
9924989    RPAI PELHAM MANOR, LLC        2021 Spring Road        Suite 200        Oak Brook, IL 60523
9938562    RPAI Pelham Manor, L.L.C.        2021 Spring Road        Suite 200        Oak Brook, IL 60523
9938825    RPAI Pelham Manor, L.L.C.        c/o Ballard Spahr LLP        1675 Broadway, 19th floor        New York, NY 10019
9924990    SEARS CREDIT CARDS        PO Box 9001055        Louisville, KY 40290−1055
9924991    SOUTHERN GLAZER'S WINE &        SPIRITS OF NEW YORK LLC        313 Underhill Boulevard        Syosset, NY 11791
9924992    SYNCHRONY BANK        PO Box 960061        Orlando, FL 32896−0061
9924993    TIMEPAYMENT CORP        PO Box 3069        Burlington, MA 01803
9927089    Testv Creditor 2        34 56 First Street        Someplace, NY 11201
9924994    WELLS FARGO HOME MORTGAGE        PO Box 105647        Atlanta, GA 30348−5647
9928778    Wells Fargo Bank, N.A.        Default Document Processing        MAC# N9286−01Y        1000 Blue Gentian Road        Eagan MN 55121−7700

TOTAL: 30